# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-5<br><br>Plaintiff,<br><br>vs.<br><br>James Alexander, et al.<br><br>Defendants. | Case No. 1:07-cv-00590<br><br>Judge Solomon Oliver, Jr.<br><br>**NOTICE OF BANKRUPTCY** |

Plaintiff hereby notifies the Court that on August 31, 2007, the Mortgagors in this action filed a petition under Chapter 13 of the U.S. Bankruptcy Code, Case No. 07-16631, resulting in the imposition of an automatic stay under Section 362 of the Bankruptcy Code.

9/10/2007 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff

G:\Cases - TM\07-03937\Notice of Bankruptcy-070906-CEM.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2007, a copy of the foregoing Notice of Bankruptcy was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by ordinary U.S. Mail. Parties may access this filing through the Court's system.

| | |
|---|---|
| Darryl E. Pittman<br>Attorney for James Alexander<br>2940 Noble Rd<br>Cleveland, OH 44121 | Darryl E. Pittman<br>Attorney for Tiffany Alexander<br>2940 Noble Rd<br>Cleveland, OH 44121 |

/s/ Kevin L. Williams
Kevin L. Williams